DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARKAL TILLMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2736

[December 11, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott I. Suskauer, Judge; L.T. Case No. 501999CF013625BXXXMB.

Rook E. Ringer of The Post-Conviction Alliance, Brandon, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GERBER and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***